UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

RECEIVED
FEB 28 2018
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 4:18-cr-5-SEB-VTW -03 |
| THOMAS JOHNSON aka "Paul Bradley", | ) | -02 |
| Defendant. | ) | |

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. Sections 1343 and 1349 Conspiracy to Commit Wire Fraud | NMT 20 years | $250,000 | 3 years |
| 2 | 18 U.S.C. Sections 1341 and 1349 Conspiracy to Commit Mail Fraud | NMT 20 years | $250,000 | 3 years |
| 4 | 18 U.S.C. Section 1341 Mail Fraud | NMT 20 years | $250,000 | 3 years |
| 5 | 18 U.S.C. Sections 1343 Wire Fraud | NMT 20 years | $250,000 | 3 years |
| 21, 23, 28-31, 33-36, 38-41, 43, 60, 61, 64, 68-70 | 18 U.S.C. Sections 1343 Wire Fraud | NMT 20 years | $250,000 | 3 years |