INSD 458 (Rev. 08/09) Appearance of Counsel - Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
MAR 13 2018
US DISTRICT COURT
NEW ALBANY DIVISION

USA

_Plaintiff_

v.

JOHNSON

_Defendant_

Case No. 4:18-cr-5-SEB-VTW-2

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court and I appear in this case as counsel for:

THOMAS A. JOHNSON

in the capacity of:

[X] CJA Appointment
[ ] Federal Community Defender
[ ] Retained Attorney
[ ] Other: _____ (Please specify.)

_Attorney's signature_

Jonathan S. Ricketts 88540
_Printed name and bar number_

Date: 3/13/2018

4055 Shelbyville Rd
Louisville KY 40207
_Address_

jricketts@rickettslawoffices.com
_E-mail address_

502-896-2303
_Telephone number_

502 896-2362
_FAX number_